Name: Ronald Mazzaferro
Address: P. O. Box 536
El Verano, CA 95433
Phone Number: (707) 703 0599
E-mail Address: racinmazzie@aol.com
*Pro Se*

FILED
NOV 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2016 NOV 28 A 10: 35

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO

                Plaintiff,

vs.

WILLIAM PARISI, et al.

                Defendant.

Case Number: CV-16-5641 LB

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge _____

    As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   [✓] A computer with internet access;
   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✓] A scanner to convert documents that are only in paper format into electronic files;
   [✓] A printer or copier to create to create required paper copies such as chambers copies;
   [✓] A word-processing program to create documents; and
   [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 11-28-2016     Signature: /s/ RM

Name: Ronald Mazzaferro
Address: P. O. Box 536
El Verano, CA 95433
Phone Number: (707) 703 0599
E-mail Address: racinvze@aol.com
Pro Se

RECEIVED
NOV 28 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

               Plaintiff,

vs.

WILLIAM PARISI, et. al.,

               Defendant.

Case Number: CV-16-5641 LB

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: November 29, 2016.

_____
United States District/Magistrate Judge