IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

v.

WILLIAM PARISI, *et al.*,

    Defendants.

No. C 16-05641 WHA

**ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff shall serve all parties by **FEBRUARY 7**. A further case management conference is scheduled for **FEBRUARY 16 AT 8:00 A.M.**, to be held in conjunction with the hearing on the pending motion to dismiss by the State Bar of California. It is plaintiff's burden to ensure that all defendants are promptly notified of that conference. The parties shall please file a joint case management statement **SEVEN CALENDAR DAYS** before the conference.

**IT IS SO ORDERED.**

Dated: January 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE