IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

  v.

WILLIAM PARISI, *et al.*,

    Defendants.

No. C 16-05641 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff's responses to the pending motions to dismiss were due on February 8 and February 9, respectively. Now, more than one week later, no response has been filed. By **THURSDAY, FEBRUARY 23 AT NOON**, plaintiff shall **SHOW CAUSE**, in writing, why this action should not be dismissed for lack of prosecution. Plaintiff's submission must include his response to the pending motions his response to the pending motions and a sworn statement justifying his failure to respond. Failure to timely respond or to show adequate cause for the delay may result in dismissal.

    **IT IS SO ORDERED.**

Dated: February 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE