IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

  v.

WILLIAM PARISI, KEN JOHNSON, SPENCER CRUM, LYNN SEARLE, and CALIFORNIA CONTINUING EDUCATION OF THE BAR, BRUCE D. GOLDSTEIN, JOSHUA A. MYERS,

    Defendants.

No. C 16-05641 WHA

**ORDER DENYING ONE MOTION TO DISMISS AS MOOT AND SETTING SCHEDULE FOR OTHER PENDING MOTIONS**

In January 2017, defendant the Regents of the University of California (erroneously sued as "the California Continuing Education of the Bar") moved to dismiss all claims against it (Dkt. No. 31). While the motion was pending, plaintiff Ronald Mazzaferro voluntarily dismissed the Regents of the University of California and contended that voluntary dismissal mooted the pending motion (Dkt. No. 41). This order understands Mazzaferro's voluntary dismissal as dismissal of the Regents (the true entity behind the "California Continuing Education of the Bar"). Accordingly, the Regents' motion is **DENIED AS MOOT**.

Additionally, the parties should be prepared to argue the pending motion to dismiss and the motion to set aside default on **MARCH 9, 2017**. The hearing on **MARCH 30, 2017**, is **VACATED**. All other dates remain unchanged.

**IT IS SO ORDERED.**

Dated: February 27, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE