IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM PARISI, *et al.*,<br><br>  Defendants.<br>———————————————————/ | No. C 16-05641 WHA<br><br>**ORDER STRIKING<br>AMENDED COMPLAINT<br>AND QUASHING SERVICE** |

On January 25, 2017, Officers Crum and Johnson moved to dismiss (Dkt. No. 28). Pursuant to Rule 15(a)(1)(B), plaintiff had until February 15 to amend his complaint as a matter of course. Plaintiff filed his first amended complaint on February 21 (Dkt. No. 38). He did not seek leave to amend. The amended complaint is therefore **STRICKEN** as untimely and without leave. Any service of the summonses for the defendants added in that amended complaint is **QUASHED**. This is without prejudice to a proper motion seeking leave to amend.

The proposed amendments did not affect the arguments in the pending motion to dismiss, and the hearing on that motion (and the motion to set aside default) remains on calendar as scheduled.

**IT IS SO ORDERED.**

Dated:  February 28, 2017.

                                                                       WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE