1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    RONALD MAZZAFERRO,                                No. C 16-05641 WHA

11                Plaintiff,

12      v.

13    WILLIAM PARISI, KEN JOHNSON,                      **ORDER RE SERVICE OF**
      SPENCER CRUM, and LYNN SEARLE,                    **DEFENDANTS PARISI AND**
14                                                      **SEARLE**
                  Defendants.
15    _____/

16           Defendant shall have until APRIL 6 to serve defendants William Parisi and Lynn Searle.

17

18           **IT IS SO ORDERED.**

19
      Dated:  March 9, 2017.
20                                                      _____
                                                        WILLIAM ALSUP
21                                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California