IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

  v.

WILLIAM PARISI, KEN JOHNSON, SPENCER CRUM, BRUCE GOLDSTEIN, JOSHUA MYERS, and LYNN SEARLE,

    Defendants.

No. C 16-05641 WHA

**ORDER RE MOTION TO DISMISS**

By **MONDAY, MAY 1 AT 10 A.M.**, Mazzaferro shall file his opposition to the pending motion to dismiss (Dkt. No. 68) as if the motion had been directed at his second amended complaint. In addition to responding to the motion, Mazzaferro's opposition should point out how, if at all, the new allegations in his second amended complaint as to defendant Searle cure any defects identified in the motion to dismiss. Searle shall file a reply to Mazzaferro's opposition by **FRIDAY, MAY 5 AT 4 P.M.** Mazzaferro may file a surreply only addressing new arguments relating to the allegations in his second amended complaint by **TUESDAY, MAY 9 AT NOON**. The hearing on **MAY 11** remains as scheduled.

**IT IS SO ORDERED.**

Dated: April 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE