IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

Plaintiff,

v.

WILLIAM PARISI, KEN JOHNSON, SPENCER CRUM, BRUCE GOLDSTEIN, JOSHUA MYERS, and LYNN SEARLE,

Defendants.

_______________________________________/

No. C 16-05641 WHA

**ORDER RE PROPOSED JUDGMENT**

If a party seeks a Rule 54(b) judgment, it must make a proper motion. Please do not try to slip items past the judge in the form of a letter request. This is improper. The pending proposed judgment will be disregarded.

**IT IS SO ORDERED.**

Dated: June 8, 2017.

_______________________________
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE