IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MAZZAFERRO,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM PARISI, KEN JOHNSON, SPENCER CRUM, BRUCE GOLDSTEIN, JOSHUA MYERS, and LYNN SEARLE,<br><br>    Defendants. | No. C 16-05641 WHA<br><br>**ORDER RE ATTORNEY'S FEES DECLARATION** |

In light of the fires in Sonoma County, Sonoma County Deputy Counsel, Michael King's tardiness in filing his attorney's fees declaration is excused. Because counsel for defendants filed his declaration one day late, pro se plaintiff Ronald Mazzaferro shall have one additional day in which to file any opposition. Accordingly, if Mazzaferro opposes defendants' attorney's fees, he must file an opposition in writing by no later than **OCTOBER 25, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 20, 2017.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE