1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

          Plaintiff,

  v.

WILLIAM PARISI, KEN JOHNSON,
SPENCER CRUM, BRUCE GOLDSTEIN,
JOSHUA MYERS, and LYNN SEARLE,

          Defendants.

                                /

No. C 16-05641 WHA

**ORDER RE ATTORNEY'S FEES**

      An October 10 order required plaintiff Ronald Mazzaferro to pay attorney's fees in

connection with defendants Bruce Goldstein and Joshua Myers' motion to dismiss (Dkt. No.

122). That order directed defendants to provide a declaration setting forth the attorney's fees

apportioned to their motion to dismiss, and gave Mazzaferro an opportunity to object to the fee

amount (*id.* at 3).

      On October 18, defendants' attorney, Michael King, submitted a declaration seeking

$6,223 in fees (Dkt. No. 123 at 2). Mazzaferro submitted a declaration in opposition. His

opposition, however, failed to raise any meritorious objections to this fee amount, instead

raising a new argument that Attorneys Goldstein and Myers allegedly violated antitrust laws by

representing Sonoma County Deputy Sheriffs, and re-submitting old arguments as to why

Attorneys Goldstein and Myers should not have been dismissed from this suit — arguments

already considered and rejected in an earlier order (Dkt. Nos. 119 at 3–4; 125). None of these

arguments are appropriate or persuasive.

Having considered the declarations, this order finds that an appropriate fee amount for counsel's work is **FIVE THOUSAND DOLLARS**.  Mazzaferro is ordered to pay this amount in full by no later than **NOVEMBER 13**.  If he fails to do so, his action shall be dismissed in its entirety.

This order finds that a dismissal will be the only effective way to prevent and to deter Mazzaferro from engaging in repeated misconduct.

**IT IS SO ORDERED.**

Dated:   October 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE