IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

  v.

WILLIAM PARISI, KEN JOHNSON,
SPENCER CRUM, BRUCE GOLDSTEIN,
JOSHUA MYERS, and LYNN SEARLE,

    Defendants.

No. C 16-05641 WHA

**ORDER DISMISSING ACTION**

      An October 30 order directed pro se plaintiff Ronald Mazzaferro to pay defendants Bruce Goldstein and Joshua Myers' attorneys' fees in the amount of five thousand dollars in connection with his bad faith and frivolous claims against them (Dkt. No. 126). That order further provided that his failure to do so would result in dismissal of his action in its entirety.

      Instead of paying attorneys' fees, as directed, Mazzaferro filed a document entitled "plaintiff's dismissal without prejudice due to fatal 28 U.S.C. 455 issues arising from the September 26, 2017 California Supreme Court Administrative Order 2017-09-20 and record of lack of impartiality" (Dkt. No. 127). He seeks, through this document, to voluntarily dismiss his action without prejudice to all defendants (*id.* at 17).

      In this prolix document, he contends that the undersigned judge is conflicted out of this action and should have recused himself because the complaint named the State Bar of California, and the judge is an active member of that bar (Dkt. No. 127 at 7). He also uses this as an opportunity to argue that previous decisions in this action were wrongly decided for a host

of reasons, which he has already proffered and have already been rejected (*see* Dkt. No. 127 at 8–15). This frivolous line of arguments further illustrates why dismissal is appropriate here. Accordingly, this action is **DISMISSED** in its entirety **WITH PREJUDICE**. The Clerk shall please close the file.

**IT IS SO ORDERED.**

Dated: November 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE