IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD MAZZAFERRO,

    Plaintiff,

  v.

WILLIAM PARISI, KEN JOHNSON, SPENCER CRUM, BRUCE GOLDSTEIN, JOSHUA MYERS, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, CALIFORNIA CONTINUING EDUCATION OF THE STATE BAR, and THE STATE BAR OF CALIFORNIA

    Defendants.

No. C 16-05641 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **JUDGMENT IS HEREBY ENTERED** in favor of defendants William Parisi, Ken Johnson, Spencer Crum, Bruce Goldstein, Joshua Myers, The State Bar of California, California Continuing Education of the Bar, and the Regents of the University of California and against plaintiff Ronald Mazzaferro. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE